# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0346
LT Case No. 2018-CF-001697-A

_____

DUSTIN D. CHAPIN, SR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Geoffrey P. Golub, of Law Offices of Geoffrey P. Golub,
P.A., Melbourne, for Appellant.

James Uthmeier, Attorney General, and Daren L. Shippy,
Assistant Attorney General, Tallahassee, for Appellee.

July 2, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————